**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 05-6333**

───────────

RICKY DONNELL NELSON,

Plaintiff - Appellant,

versus

LARRY K. HAMILTON; TOD RUNYON; VALERIE CARTER;
OFFICER SMALL; LIEUTENANT WETHERHEAD;
LIEUTENANT RANDLE; LIEUTENANT CHALLOUGHLCZISE;
MARY JANE VIVEROS; WILLIAM DANFORD,

Defendants - Appellees.

───────────

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Jerome B. Friedman, District
Judge.  (CA-03-741-2)

───────────

Submitted:  July 13, 2005        Decided:  August 2, 2005

───────────

Before WILKINSON, LUTTIG, and SHEDD, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Ricky Donnell Nelson, Appellant Pro Se.  Jeff Wayne Rosen, PENDER
& COWARD, P.C., Virginia Beach, Virginia, for Appellees.

───────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Ricky Donnell Nelson appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Nelson v. Hamilton, No. CA-03-741-2 (E.D. Va. Feb. 16, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED